GRAVES, Respondent, v. VILLAGE OF NEW BERLIN, Appellant. (Supreme Court, Appellate Division, Third Department. De-

cember 30, 1912.) Action by Francis Graves against the Village of New Berlin.

PER CURIAM. Judgment and order unanimously affirmed, with costs; the court holding that the verdict is supported by sufficient evidence, and that the declarations of the trustee, claimed to have been erroneously admitted, were not properly objected to, nor was a motion made to strike them out, and in any event, if error was committed in receiving the same, the error was not sufficient to call for a reversal. See, also, 139 N. Y. Supp. 1125.

LYON, J., not sitting.